IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WALKY PEREIRA DE CASTRO | : | No. 18-477-5 |

## ORDER

AND NOW, this 14th day of July, 2022, upon consideration of Walky Pereira De Castro's *pro se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 216), the Government's Response in Opposition (Doc. No. 218), Mr. Pereira De Castro's reply (Doc. No. 221), and the Government's supplemental response (Doc. No. 223), it is **ORDERED** that the Motion (Doc. No. 216) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1